UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; ALL-OPTIONS, INC.; and JEFFREY GLAZER, M.D. <br><br> Plaintiffs, <br><br> v. <br><br> CURTIS T. HILL, JR., Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity and as representative of a class of all Indiana prosecuting attorneys with authority to prosecute felony and misdemeanor offenses, <br><br> Defendants. | CASE NO. 1:18-cv-1904-SBE-MJD <br><br> CIVIL ACTION <br><br> CLASS ACTION |

## DECLARATION OF JEFFREY GLAZER, M.D.

JEFFREY GLAZER, M.D., hereby declares under penalty of perjury that the following statements are true and correct:

1. I am a Board-certified obstetrician-gynecologist ("ob-gyn") licensed to practice medicine in Indiana, Kentucky, and Ohio.

2. I have more than three decades of professional experience as an ob-gyn. During that time, my practice has included delivering babies, performing gynecological surgeries, and providing abortion care, among other things.

3. I have served on the faculty of the Indiana University School of Medicine, the University of Louisville School of Medicine, and the University of Kentucky College of Nursing.

1

4. I have been providing abortion care since 1984, when I was an ob-gyn resident.

5. I have provided abortion care in Indiana for more than five years. Since 2014, I have provided both surgical and medication abortions at Indianapolis Clinic for Women, a licensed abortion clinic in Indianapolis. I have also provided abortion care at licensed Planned Parenthood clinics in Bloomington, Indianapolis, and Merrillville.

6. I am committed to providing safe, high-quality care to all of my patients, including my abortion patients.

7. I regularly review the medical literature relevant to my practice areas, and I keep up to date on professional association guidelines and recommendations, including those published by the American College of Obstetricians & Gynecologists ("ACOG") and the National Abortion Federation ("NAF").

8. The Indiana State Department of Health has never made any adverse findings concerning my ability to provide safe abortion care; nor has any other state department of health.

9. The Medical Licensing Board of Indiana has never taken any disciplinary action against me; nor has any other state medical board.

10. I plan to serve as Medical Director of the Whole Woman's Health Alliance clinic in South Bend, Indiana (the "South Bend Clinic").

11. Until legal barriers to providing comprehensive abortion care in Indiana are eliminated, the South Bend Clinic will specialize in providing medication abortion. In particular, the South Bend Clinic intends to offer medication abortion to patients who have been pregnant for 70 days or less, as measured from the first day of a patient's last menstrual period ("lmp").

12. A physician providing medication abortion at the South Bend Clinic will:

    a. Ensure that a patient is an appropriate candidate for medication abortion;

  b. Ensure that the patient has given informed consent for the provision of medication abortion;

  c. Ensure that State-law ultrasound, disclosure and waiting-period requirements have been satisfied;

  d. Dispense 200 milligrams of mifepristone to the patient with instructions to take it orally in the physician's presence;

  e. Dispense 800 micrograms of misoprostol to the patient with instructions to take it buccally 24-48 hours after taking the mifepristone;

  f. Ensure that the patient receives instructions on how to recognize complications and what to do in the event that a complication occurs;

  g. Ensure that the patient is instructed to return to the clinic for a follow-up visit 7-14 days after taking the misoprostol to confirm completion of the abortion; and

  h. Provide the patient with prescriptions for anti-nausea medication (promethazine) and pain management medication (ibuprofen) when appropriate in the physician's medical judgment.

13. In my medical opinion, this medication abortion regimen is safe, effective, and consistent with the standard of care.

14. In my medical opinion, a clinician qualified by training and experience to provide medication abortion can safely administer this medication abortion regimen in an unlicensed facility.

15. I do not currently have admitting privileges at any hospital.

16. From 1987 to approximately 2010, I had a private ob-gyn practice in Louisville, Kentucky. During that time, I had admitting privileges at at least 7 hospitals in the Louisville area: Norton Hospital; Norton Audubon Hospital; Norton Women's & Children's Hospital (a/k/a/ Norton Suburban Hospital); Frazier Rehab Institute; Baptist Health Hospital; Jewish Hospital; and Saints Mary & Elizabeth Hospital. I voluntarily relinquished those privileges when I no longer needed them.

17. From 2010 to 2013, I had admitting privileges at Ireland Army Community Hospital in Fort Knox, Kentucky. I also had admitting privileges at the Louisville VA Medical Center in Louisville, Kentucky, from 2008-2016.

18. In my experience, the application process for hospital admitting privileges takes about 3 to 4 months.

19. Hospitals typically will not grant admitting privileges to a physician unless the physician resides near the hospital; has an agreement with another physician on the hospital staff who is willing to provide backup coverage; and agrees to admit a minimum number of patients to the hospital on an annual basis.

20. I do not reside in northern Indiana. I do not know any physician on staff at a hospital in St. Joseph County, Indiana, or a neighboring county who would be willing to provide coverage for me. I would not be able to meet a minimum patient admission requirement at any hospital in St. Joseph County or a neighboring county because the only medical care that I intend to provide in that region is abortion care. Abortion patients very rarely require hospital admission.

21. I am aware that Whole Woman's Health Alliance is seeking a preliminary injunction to enable the South Bend Clinic to provide medication abortion while this lawsuit is

5

pending.  If the Court were to grant WWHA relief, I would be available to start seeing patients at the South Bend Clinic immediately.

Dated:  March 24, 2019

_____
JEFFREY GLAZER, M.D.