UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; ALL-OPTIONS, INC.; JEFFREY GLAZER, M.D.,<br><br>      Plaintiffs,<br><br>      v.<br><br>CURTIS T. HILL, JR., in his official capacity; KRISTINA BOX, M.D., in her official capacity; JOHN STROBEL, M.D., in his official capacity; and KENNETH P. COTTER, in his official capacity,<br><br>      Defendants. | Case No.: 1:18-cv-01904-SEB-MJD |

**DOCKETING STATEMENT OF APPELLANTS**

In compliance with Rule 3 of the Federal Rules of Appellate Procedure and Seventh Circuit Rule 3(c), Defendants Curtis T. Hill, Jr., Kristina Box, John Strobel, and Kenneth P. Cotter submit this Docketing Statement.

1. **Statement of District Court Jurisdiction:** Whole Woman's Health Alliance, All-Options, Inc., and Jeffrey Glazer filed this action for a preliminary injunction alleging several Indiana laws were unconstitutionally vague and violated the Fourteenth Amendment's Due Process Clause and Equal Protection Clause. The District Court had subject matter jurisdiction of this action under 28 U.S.C. § 1331.

2. Plaintiff Whole Woman's Health Alliance is a Texas corporation. Its principal place of business is unclear, but seems to be Virginia. Plaintiff All Options, Inc., is a California corporation. Its principal place of business is unclear, but seems to be California.

3. All appellant parties appear in their official capacities, and are the current occupants of those offices.

4. **Statement of Appellate Jurisdiction:** The Court of Appeals has jurisdiction over this appeal under 28 U.S.C. § 1292 (a)(1), as this is an appeal from an order granting an injunction. On May 31, 2019, the district court granted a preliminary injunction, stating that:

> Plaintiffs' motion for a preliminary injunction, Dkt. 76, is GRANTED. Defendants are ENJOINED from enforcing the provisions of Indiana Code § 16-21-2-2(4) (requiring Department to license); Indiana Code § 16-21-2-2.5(b) (penalty for unlicensed operation); and Indiana Code § 16-21-2-10 (necessity of license) against WWHA with respect to the South Bend Clinic.
> IT IS SO ORDERED.

Order on Motion for Preliminary Injunction, ECF 116.

The Defendants now appeal the preliminary injunction order.

This is not a direct appeal from the decision of a magistrate judge.

5. The Notice of Appeal is being filed contemporaneously herewith, within the time period designated by the Federal Rules of Appellate Procedure, on this date, June 2, 2019.

6. **Prior or Related Appellate Proceedings**: There are no prior or related appellate court proceedings.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CURTIS T. HILL, Jr.<br>Indiana Attorney General<br>Attorney No. 13999-20 |
| Date: June 2, 2019 | By: Thomas M. Fisher<br>Solicitor General |
|  | Diana Moers<br>Julia C. Payne<br>Christopher Anderson<br>Deputy Attorneys General |

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Amanda Lauren Allen
LAWYERING PROJECT
aallen@lawyeringproject.org

David Patrick Brown
LAWYERING PROJECT
dbrown@lawyeringproject.org

Erin A. Simmons
ATTORNEY AT LAW
erin.simmons@probonolaw.com

Kathrine D. Jack
LAW OFFICE OF KATHRINE JACK
kjack@jacklawoffice.com

Mollie M. Kornreich
ATTORNEY AT LAW
mollie.kornreich@probonolaw.com

Rupali Sharma
LAWYERING PROJECT
rsharma@lawyeringproject.org

Bradley H. Honigman
ATTORNEY AT LAW
bradley.honigman@probonolaw.com

Dipti Singh
LAWYERING PROJECT
dsingh@lawyeringproject.org

Juanluis Rodriguez
LAWYERING PROJECT
prodriguez@lawyeringproject.org

Michael M. Powell
ATTORNEY AT LAW
michael.powell@probonolaw.com

Paul M. Eckles
ATTORNEY AT LAW
paul.eckles@probonolaw.com

Stephanie Toti
LAWYERING PROJECT
stoti@lawyeringproject.org

            Thomas M. Fisher
            Solicitor General

Office of the Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov