UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, | ) | |
| ALL-OPTIONS, INC., | ) | |
| JEFFREY GLAZER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01904-SEB-MJD |
| | ) | |
| CURTIS T. HILL, JR., | ) | |
| KRISTINA BOX, | ) | |
| JOHN STROBEL, | ) | |
| KENNETH P. COTTER, | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JUNE 28, 2019**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference.   The parties discussed the

status of and future plans for discovery.

At the request and with the agreement of the parties, the Court hereby amends Section III

of the approved Case Management Plan [Dkts 41 & 88] as amended as follows:

**III. Pretrial Pleadings and Disclosures**

F. Plaintiffs shall disclose the name, address, and vita of any expert witness, and
shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **June 27,
2019**. Defendants shall disclose the name, address, and vita of any expert witness,
and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **August
26, 2019**.  Plaintiffs shall disclose the name, address, and vita of any rebuttal expert
witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before
**September 23, 2019** (the parties shall cooperate to ensure that the desired
depositions of any rebuttal experts identified occur on or before October 4, 2019).

I. All parties shall file and serve their final witness and exhibit lists on or before **August 26, 2019**. This list should reflect the specific potential witnesses the party may call at trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

All other requirements of the approved Case Management Plan [Dkts 41 & 88] remain in effect.

This matter is scheduled for a telephonic status conference on **Thursday, July 18, 2019 at 8:45 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  28 JUN 2019

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.