UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HALLIANCE, ALL-OPTIONS, INC., JEFFREY GLAZER, <br><br>         Plaintiffs, <br><br> v. <br><br> CURTIS T. HILL, JR., KRISTINA BOX, JOHN STROBEL, KENNETH P. COTTER, <br><br>         Defendants. | No. 1:18-cv-01904-SEB-MJD |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Defendants' Motion to Seal [Dkt. 100]. The motion seeks to seal Docket No. 93-1 because it contains information that should have been redacted pursuant to the Court's April 5, 2019 Order [Dkt. 84]. Defendants properly filed a redacted version of Docket No. 93-1 as Docket No. 101. Defendants' Motion [Dkt. 100] is **GRANTED** and the Clerk is directed to **PERMANENTLY SEAL** Docket No. 93-1.

SO ORDERED.

Dated: 20 AUG 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

1

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.