UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, | ) | |
| ALL-OPTIONS, INC., | ) | |
| JEFFREY GLAZER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01904-SEB-MJD |
| | ) | |
| CURTIS T. HILL, JR., | ) | |
| KRISTINA BOX, | ) | |
| JOHN STROBEL, | ) | |
| KENNETH P. COTTER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Defendants' Motion to Seal [Dkt. 128]. Defendants seek to permanently seal Exhibits O and P to the Declaration of Matthew Foster [Dkt. 99] because they have been designated as confidential by Plaintiffs pursuant to the Court's Protective Order [Dkt. 60]. Defendants' original motion to seal these documents [Dkt. 98] was denied because it was improperly filed *ex parte* and failed to follow the requirements of Local Rule 5-11. [Dkt. 126.] The instant motion was properly filed and Plaintiffs were served with it by the Court's ECF system.

Pursuant to Local Rule 5-11(d)(3), the Plaintiffs, as the designating parties, were obligated to submit a brief in support of the motion to seal, along with redacted versions of the documents sought to be maintained under seal, within fourteen days of service of the motion to

seal. S.D. Ind. L.R. 5-11(d)(3). No such brief or redacted documents have been filed.

Accordingly, Plaintiff's motion to seal is **DENIED**; the Clerk is directed to **UNSEAL** Docket No. 99 and 99-1 on or after September 13, 2019, absent a Fed. R. Civ. P. 72(a) objection, a motion to reconsider, an appeal, or a further order of the Court.

    SO ORDERED.

Dated: 22 AUG 2019

                                      Mark J. Dinsmore
                                      United States Magistrate Judge
                                      Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.