UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HALLIANCE,<br>ALL-OPTIONS, INC.,<br>JEFFREY GLAZER,<br><br>    Plaintiffs,<br><br>  v.<br><br>CURTIS T. HILL, JR.,<br>KRISTINA BOX,<br>JOHN STROBEL,<br>KENNETH P. COTTER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:18-cv-01904-SEB-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MINUTE ENTRY FOR AUGUST 22, 2019**
**TELEPHONIC HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Counsel for the parties appeared by telephone for a hearing on the parties' Joint Motion to Modify the Case Management Plan. [Dkt. 136.] Following a discussion with the parties, and for the reasons set forth more fully on the record of the hearing, that motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant is granted leave to serve the report of Defendants' expert Byron Calhoun by no later than **September 3, 2019**. In all other respects, the motion is **DENIED**.

The telephonic status conference scheduled on August 29, 2019 will proceed as scheduled. [Dkt. 135.]

SO ORDERED.

Dated: 22 AUG 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.