**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; ALL-OPTIONS, INC.; and JEFFREY GLAZER, M.D., | ) | CASE NO. 1:18-cv-1904-SEB-MJD |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| v. | ) | |
| CURTIS T. HILL, JR., Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity, | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**

Pursuant to Federal Rule of Evidence 702, Plaintiffs respectfully move the Court for an order excluding the following expert witness testimony from trial:

- Ms. Stasia Roth's testimony.
- Dr. Priscilla Coleman's testimony about the matters discussed in section V and paragraphs 13-15, 28, 183-184, 187, 191, 196, and 202 of her expert report and about her 2011 meta-analysis.
- Dr. Byron Calhoun's testimony about the matters discussed in sections II(B)(3), section II(C), section VII and paragraphs 157-58, and section X of his expert report.
- Dr. James Studnicki's testimony about the matters discussed in paragraph 78(a)-(b), (d), (g)-(k) of his expert report.
- Dr. Nancy Goodwine-Wozniak's testimony about the challenged reporting requirements discussed in section V of her expert report.
- Dr. Aaron Kheriaty's testimony about the matters discussed in paragraphs 9(3), 10, and 53-54 and section F of his expert report and any purported benefits of Indiana's laws prohibiting the use of telemedicine in abortion care.

Plaintiffs state as follows in support of this Motion:

1. For the reasons set forth more fully in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude Expert Testimony, the opinions offered by several of Defendants' putative expert witnesses fail to meet the standards of Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 577 (1993), and must be excluded.

2. Plaintiffs submit the following exhibits in support of this Motion:

   a. Memorandum of Law in Support of Plaintiffs' Motion to Exclude Expert Testimony;

   b. Expert Report of Stasia Roth;

   c. Excerpts from Deposition Transcript of Stasia Roth;

   d. Excerpts from Deposition Transcript of Aaron Kheriaty, M.D.;

   e. Excerpts from Deposition Transcript of Byron C. Calhoun, M.D.;

f. Act of April 24, 1973, Public Law Number 322-1973;

g. Act of March 5, 1984, Public Law Number 106-1984;

h. Act of March 5, 1984, Public Law Number 203-1982;

i. Excerpts from Deposition Transcript of James Studnicki, Ph.D.;

j. Excerpts from Deposition Transcript of Nancy Goodwine-Wozniak, M.D.

3. In addition, Plaintiffs rely on the following documents in support of this Motion:

k. Complaint (ECF No. 1);

l. Case Management Plan (ECF No. 41);

m. Entry for August 30, 2018 (ECF No. 42);

n. Plaintiffs' Final Witness List (ECF No. 145);

o. Defendants' Final Witness & Exhibit Lists (ECF No. 143)

p. Expert Report of Priscilla K. Coleman, Ph.D. (ECF No. 217-4);

q. Appendix to Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 234-1);

r. Expert Report of Byron C. Calhoun, M.D. (ECF No. 217-1);

s. Expert Report of James Studnicki, M.P.H., M.B.A., SC.D. (ECF No. 240-1);

t. Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 234);

u. Expert Report of Nancy Goodwine-Wozniak, M.D (ECF No. 216);

v. Expert Report of Aaron Kheriaty, M.D. (ECF No. 218-4).

**WHEREFORE**, Plaintiffs respectfully request the Court exclude the above-described expert testimony.

Dated: March 9, 2020

Respectfully submitted,

*/s/ Dipti Singh*
Dipti Singh
dsingh@lawyeringproject.org
LAWYERING PROJECT
3371 Glendale Blvd., # 320
Los Angeles, CA 90039
(646) 480-8973

Rupali Sharma
rsharma@lawyeringproject.org
LAWYERING PROJECT
110 Winter St., #4
Portland, ME 04102
(908) 930-6645

Amanda Allen*
aallen@lawyeringproject.org
Juanluis Rodriguez*
prodriguez@lawyeringproject.org
Stephanie Toti
stoti@lawyeringproject.org
LAWYERING PROJECT
25 Broadway, Fl. 9
New York, NY 10004
(646) 490-1083

Sneha Shah*
sshah@lawyeringproject.org
LAWYERING PROJECT
300 Morris St., Fl. 7
Durham, NC 27701
(646) 490-1225

Melissa Shube
mshube@lawyeringproject.org
LAWYERING PROJECT
1100 15th St. N.W.
Washington, D.C. 20005
(646) 480-8942

Kathrine D. Jack
kjack@lawoffice.com
JACK LAW OFFICE LLC
One Courthouse Plaza
P.O. Box 813
Greenfield, IN 46140
(317) 477-2300

Mollie M. Kornreich*
mollie.kornreich@probonolaw.com
Morgan Petkovich*
morgan.petkovich@probonolaw.com
Michael M. Powell*
michael.powell@probonolaw.com
1 Manhattan West
New York, New York 10001
(212) 735-3000

*Admitted pro hac vice

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 9, 2020, a true and correct copy of the foregoing document was served on all counsel of record via the Court's Electronic Court Filing (ECF) system.

Dated: March 9, 2020

*/s/ Dipti Singh*
Dipti Singh