UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE E. ROKITA, Attorney General of the State of Indiana, in his official capacity, *et al.*,<br><br>Defendants. | ) | Case No. 1:18-cv-01904-SEB-MJD |

**DEFENDANTS' LIST OF WITNESSES FOR TRIAL**

Defendants, THEODORE E. ROKITA, Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity ("State Defendants"), for their List of Witnesses for Phase One of the Trial, pursuant to the Case Management Plan in this case, provide the following:

**WITNESSES**

1. Dr. Priscilla Coleman, including any research articles or other documents relied on in her expert report, will testify at trial. Dr. Coleman may be contacted in care of Defendants' counsel.
2. Dr. Farr Curlin, including any research articles or other documents relied on in his expert report, will testify at trial. Dr. Curlin may be contacted in care of Defendants' counsel.

3. Dr. Nancy Goodwine-Wozniak, including any research articles or other documents relied on in her expert report, will testify at trial. Dr. Goodwine-Wozniak may be contacted in care of Defendants' counsel.
4. Dr. Christopher Stroud, including any research articles or other documents relied on in his expert report, will testify at trial. Dr. Stroud may be contacted in care of Defendants' counsel.
5. Dr. James Studnicki, including any research articles or other documents relied on in his expert report, will testify at trial. Dr. Studnicki may be contacted in care of Defendants' counsel.
6. Dr. Donna Harrison, including any research articles or other documents relied on in her expert report, will testify at trial. Dr. Harrison may be contacted in care of Defendants' counsel.
7. Dr. Aaron Kheriaty, including any research articles or other documents relied on in his expert report, will testify at trial. Dr. Kheriaty may be contacted in care of Defendants' counsel.
8. Tammi Morris. Ms. Morris may be contacted in care of Defendants' counsel.
9. Kristen Rinehart. Ms. Rinehart may be contacted in care of Defendants' counsel.
10. Anastasia Roth. Ms. Roth may be contacted in care of Defendants' counsel.
11. All witnesses called by the Plaintiffs.
12. Any witnesses necessary for rebuttal or impeachment.

Respectfully submitted,

THEODORE E. ROKITA
*Indiana Attorney General*

By: Thomas M. Fisher
*Solicitor General*
Kian J. Hudson
*Deputy Solicitor General*
Andrea Rahman
Christopher M. Anderson
Julia C. Payne
Robert A. Rowlett
*Deputy Attorneys General*
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov

Gene C. Schaerr*
H. Christopher Bartolomucci*
James A. Heilpern**
Joshua J. Prince*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Fax: (202) 776-0136
gschaerr@schaerr-jaffe.com
*Admitted *pro hac vice*
** Admitted *pro hac vice.* Admitted in Virginia. Practicing under the supervision of DC attorneys under DC Rule 49(c)(8).