UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*,

Plaintiffs,

v.

THEODORE E. ROKITA, Attorney General of the State of Indiana, in his official capacity, *et al.*,

Defendants.

Case No. 1:18-cv-01904-SEB-MJD

**DEFENDANTS' LIST OF EXHIBITS FOR TRIAL**

Defendants, THEODORE E. ROKITA, Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity ("State Defendants"), for their List of Exhibits for Phase One of the Trial, pursuant to the Case Management Plan in this case, provide the following:

**EXHIBITS**

1. (Stipulated Exhibit) Dr. Priscilla Coleman's CV/Resume
2. (Stipulated Exhibit) Dr. Curlin Farr's CV/Resume
3. (Stipulated Exhibit) Dr. Nancy Goodwine-Wozniak's CV/Resume
4. (Stipulated Exhibit) Dr. Christopher Stroud's CV/Resume
5. (Stipulated Exhibit) Dr. James Studnicki's CV/Resume
6. (Stipulated Exhibit) Dr. Donna Harrison's CV/Resume
7. (Stipulated Exhibit) Dr. Aaron Kheriaty's CV/Resume

8. (Stipulated Exhibit) Food and Drug Administration Black Box Label for Mifeprex
9. (Stipulated Exhibit) Risk Evaluation and Mitigation Strategy (REMS) Single Shared System for Mifepristone 200MG
10. (Stipulated Exhibit) Patient Agreement Form for Mifepristone Tablets, 200mg
11. (Stipulated Exhibit) Abortion Informed Consent Brochure (Revised June 29, 2020)
12. (Stipulated Exhibit) Perinatal Hospice Brochure
13. (Stipulated Exhibit) Abortion Informed Consent Certification
14. (Stipulated Exhibit) Certification of Provision of Perinatal Hospice Information
15. (Stipulated Exhibit) Abortion Fetal Ultrasound and Heart Tone Certification
16. (Stipulated Exhibit) 2015 Terminated Pregnancy Report
17. (Stipulated Exhibit) 2016 Terminated Pregnancy Report
18. (Stipulated Exhibit) 2017 Terminated Pregnancy Report
19. (Stipulated Exhibit) 2018 Terminated Pregnancy Report
20. (Stipulated Exhibit) 2019 Terminated Pregnancy Report
21. 2000 Terminated Pregnancy Report from ISDH
22. 2001 Terminated Pregnancy Report from ISDH
23. 2002 Terminated Pregnancy Report from ISDH
24. 2003 Terminated Pregnancy Report from ISDH
25. 2004 Terminated Pregnancy Report from ISDH
26. 2005 Terminated Pregnancy Report from ISDH
27. 2006 Terminated Pregnancy Report from ISDH
28. 2007 Terminated Pregnancy Report from ISDH
29. 2008 Terminated Pregnancy Report from ISDH
30. 2009 Terminated Pregnancy Report from ISDH
31. 2010 Terminated Pregnancy Report from ISDH
32. 2011 Terminated Pregnancy Report from ISDH

33. 2012 Terminated Pregnancy Report from ISDH
34. 2013 Terminated Pregnancy Report from ISDH
35. 2014 Terminated Pregnancy Report from ISDH
36. CDC Surveillance Summary, Abortion Surveillance – United States 1991
37. CDC Surveillance Summary, Abortion Surveillance – United States 1992
38. CDC Surveillance Summary, Abortion Surveillance – United States 1993–94
39. CDC Surveillance Summary, Abortion Surveillance – United States 1995
40. CDC Surveillance Summary, Abortion Surveillance – United States 1996
41. CDC Surveillance Summary, Abortion Surveillance – United States 1997
42. CDC Surveillance Summary, Abortion Surveillance – United States 1998
43. CDC Surveillance Summary, Abortion Surveillance – United States 1999
44. CDC Surveillance Summary, Abortion Surveillance – United States 2000
45. CDC Surveillance Summary, Abortion Surveillance – United States 2001
46. CDC Surveillance Summary, Abortion Surveillance – United States 2002
47. CDC Surveillance Summary, Abortion Surveillance – United States 2003
48. CDC Surveillance Summary, Abortion Surveillance – United States 2004
49. CDC Surveillance Summary, Abortion Surveillance – United States 2005
50. CDC Surveillance Summary, Abortion Surveillance – United States 2006
51. CDC Surveillance Summary, Abortion Surveillance – United States 2007
52. CDC Surveillance Summary, Abortion Surveillance – United States 2008
53. CDC Surveillance Summary, Abortion Surveillance – United States 2009
54. CDC Surveillance Summary, Abortion Surveillance – United States 2010
55. CDC Surveillance Summary, Abortion Surveillance – United States 2011
56. CDC Surveillance Summary, Abortion Surveillance – United States 2012
57. (Stipulated Exhibit) CDC Surveillance Summary, Abortion Surveillance – United States 2013

58. CDC Surveillance Summary, Abortion Surveillance – United States 2014

59. CDC Surveillance Summary, Abortion Surveillance – United States 2015

60. CDC Surveillance Summary, Abortion Surveillance – United States 2016

61. CDC Surveillance Summary, Abortion Surveillance – United States 2018

62. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of May 2, 2019. *See* Exhibit 3 from September 29, 2019 Deposition of Dr. Glazer.

63. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of July 10, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

64. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of July 9, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

65. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of May 31, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

66. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of May 30, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

67. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of May 13, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

68. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of April 17, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

69. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of April 12, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

70. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of February 28, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

71. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of February 19, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

72. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of February 15, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

73. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of February 4, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

74. Abortion Complication Report, Women's Med Indianapolis, Dr. Jeffrey Glazer, Complication Date of January 24, 2019. *See* Exhibit 4 from September 29, 2019 Deposition of Dr. Glazer.

75. Plaintiffs' Objections and Responses to Defendants' Second Interrogatories, September 9, 2019.

76. Plaintiffs' Objections and Supplemental Responses to Defendants' Second Interrogatories, February 12, 2021.

77. American College of Obstetricians and Gynecologists, Committee Opinion 700, Methods for Estimating Due Date (May 2017).

78. "*Nobody Can Know": Is This the Trumpian Future of Abortion in America?*, by Caitlin Moscaello, Vanity Fair Hive. *See* Exhibit 7 from Deposition of Amy Hagstrom Miller on September 24, 2019.

79. *Abortion and mental health: quantitative synthesis and analysis of research published 1995–2009*, Priscilla K. Coleman, The British Journal of Psychiatry (2011).

80. *Abortion Safety: At Home and Abroad*, Ingrid Skop M.D., Issues in Law & Medicine, Vol. 34 No. 1 (2019).

81. *Associations Between Abortion, Mental Disorders, and Suicidal Behaviour in a Nationally Representative Sample*, Natalie P Mota, BA; Margaret Burnett, MD, FRCPC; Jitender Sareen, MD, FRCPC The Canadian Journal of Psychiatry, Vol. 55 No. 4 (April 1, 2010).

82. *Associations between Intimate Partner Violence and Termination of Pregnancy: A Systematic Review and Meta-Analysis*, Megan Hall, Lucy C. Chappell, Bethany L. Parnell, Paul T. Seed, Susan Bewley, PLOS Medicine, Vol. 11 Issue 1 (January 2014).

83. *Characteristics of Women Undergoing Repeat Induced Abortion*, William A. Fisher, Sukhbir S. Singh, Paul A. Shuper, Mark Carey, Felicia Otchet, Deborah MacLean-Brine, Diane Dal Bello, Jennifer Gunter, CMAJ ( March 01, 2005).

84. *Decision-making About Unwanted Pregnancy*, Marie Tornbom, Elisabeth Ingelhammar, Håkan Lilja, Bernhard Svanberg, and Anders Moller, Acta Obstetricia et Gynecologica Scandinavica (1999).

85. *Depression associated with abortion and childbirth: a long-term analysis of the NLSY cohort*, Jesse R. Cougle, David C. Reardon, Priscilla K. Coleman, Medical Science Monitor (May 2003).

86. *Experiences, Feelings and Thoughts of Women Undergoing Second Trimester Medical Termination of Pregnancy*, Inga-Maj Andersson1, Kyllike Christensson, Kristina Gemzell-Danielsson, PLOS One (December 29, 2014).

87. *Long-Term Physical and Psychological Health Consequences of Induced Abortion: Review of the Evidence*, John M. Thorp, Jr., MD, Katherine E. Hartmann, MD, PhD and Elizabeth Shadigian, MD, Obstetrical and Gynecological Survey, Vol. 58 No. 1 (2002).

88. *Male Perpetration of Intimate Partner Violence and Involvement in Abortion and Abortion-Related Conflict*, Jay G. Silverman, PhD, Michele R. Decker, ScD, MPH, Heather L. McCauley, MS, Jhumka Gupta, ScD, Elizabeth Miller, MD, PhD, Anita Raj, PhD, and Alisa B. Goldberg, MD, American Journal of Public Health, Vol. 100, No. 8 (August 2010).

89. *Obstetrician-gynecologists' Beliefs About When Pregnancy Begins*, Grace S. Chung; Ryan E. Lawrence, MD, MDiv; Kenneth A. Rasinski, PhD; John D. Yoon, MD; Farr A. Curlin, MD, American Journal of Obstetrics & Gynecology (February 2012).

90. *The Limits of Informed Consent for an Overwhelmed Patient: Clinicians' Role in Protecting Patients and Preventing Overwhelm*, Johan Bester, MBChB, MPhil, Cristie M. Cole, JD, and Eric Kodish, MD, AMA Journal of Ethics, Vol. 18, No. 869-886 (September 2016).

91. *The Prevalence of Intimate Partner Violence Among Women and Teenagers Seeking Abortion Compared With Those Continuing Pregnancy*, Dominique Bourassa, MD, Jocelyn Bérubé, MD, MSc, Journal of Obstetrics and Gynaecology Canada (May 2007).

92. *Women's Preferences for Information and Complication Seriousness Ratings Related to Elective Medical Procedures*, P K Coleman, D C Reardon, M B Lee, Journal Medical Ethics (September 2006).

93. *Immediate Complications After Medical Compared With Surgical Termination of Pregnancy*, Maarit Niinimäki, MD, Anneli Pouta, MD, PhD, Aini Bloigu, Mika Gissler, BSc, PhD, Elina Hemminki, MD, PhD, Satu Suhonen, MD, PhD, and Oskari Heikinheimo, MD, PhD, Obstetrics & Gynecology Vol. 114, No. 4 (October 2009).

94. *Outcomes of Suction Currettage and Mifepristone Abortion in the United States*, Jeffrey T. Jensen, Susan J. Astley, Elizabeth Morgan, and Mark D. Nichols, Contraception (1999).

95. Expert Report of Christopher Stroud, M.D.

96. Expert Report of Nancy Goodwine-Wozniak, M.D.

97. Expert Report of Farr A. Curlin, M.D.

98. Expert Report of Priscilla K. Coleman, Ph.D.

99. Second Amended Rule 26(A)(2)(B) Expert Report of James Studnicki, M.P.H., M.B.A., Sc.D.

100. Expert Report of Aaron Kheriaty, M.D.

101. Expert Report of Donna Harrison, M.D.

102. Declaration of Kristen Rinehart

103. Declaration of Tammi Morris

104. Declaration of Stasia Roth

105. Defendants may also reference the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (ECF 297).

106. Defendants may also reference the Complaint (ECF 1)

107. Defendants may also reference the Answer (ECF 109)

108. Defendants may also reference the Statement of Defenses (ECF 202)

109. Defendants may also reference the Amended Statement of Claims (ECF 338)

110. Documents and exhibits identified by any of the Plaintiffs.

111. All raw data used for expert reports.

112. All written discovery responses;

113. All documents relied upon by any expert witness that is designated to testify in this matter.

114. Any document or thing necessary for rebuttal or impeachment.

Respectfully submitted,

THEODORE E. ROKITA
*Indiana Attorney General*

By: Thomas M. Fisher
*Solicitor General*
Kian J. Hudson
*Deputy Solicitor General*
Andrea Rahman
Christopher M. Anderson
Julia C. Payne
Robert A. Rowlett
*Deputy Attorneys General*
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov

Gene C. Schaerr*
H. Christopher Bartolomucci*
James A. Heilpern**
Joshua J. Prince*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Fax: (202) 776-0136
gschaerr@schaerr-jaffe.com
*Admitted *pro hac vice*
** Admitted *pro hac vice.* Admitted in Virginia. Practicing under the supervision of DC attorneys under DC Rule 49(c)(8).