**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; ALL-OPTIONS, INC.; and JEFFREY GLAZER, M.D., Plaintiffs, v. TODD ROKITA, Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity, Defendants. | ) | CASE NO. 1:18-cv-1904-SEB-MJD<br>CIVIL ACTION |

**<u>PLAINTIFFS' TRIAL WITNESS LIST</u>**

As required by the Case Management Plan (ECF Nos. 41 & 286), Plaintiffs identify below their witnesses for Phase 1 of the trial, which will address Plaintiffs' claims against the (1) Telemedicine Ban, Ind. Code § 25-1-9.5-8(a)(4); (2) In-Person Examination Requirement, Ind. Code § 16-34-2-1(a)(1); (3) In-Person Counseling Requirement, Ind. Code § 16-34-2-1.1(a)(1), (a)(4), (b); and (4) Ultrasound Requirement, Ind. Code § 16-34-2-1.1(a)(5). *See* Joint Status Report (ECF No. 341) 1.

**WITNESSES**

1. Caitlin Bernard, M.D.
2. Jeffrey Glazer, M.D.
3. Daniel Grossman, M.D.
4. Paulina Guerrero
5. Martin Haskell, M.D.

6. Cassie Herr

7. Grace Hutson

8. Kelly McKinney

9. Amy Hagstrom Miller

10. Laura Miller

11. Diana Romero, Ph.D.

12. Julia R. Steinberg, Ph.D.

13. Any individual needed to authenticate records.

Plaintiffs reserve the right to: (1) call any witness identified by Defendants on their final witness list; (2) call any witness identified on the parties' final witness lists for rebuttal or impeachment purposes; and (3) supplement and/or modify this witness list in response to Defendants' trial witness list and deposition designations.

Dated: February 16, 2021

Respectfully submitted,

*/s/ Dipti Singh*
Dipti Singh
dsingh@lawyeringproject.org
LAWYERING PROJECT
3371 Glendale Blvd., No. 320
Los Angeles, CA 90039
(646) 480-8973

Rupali Sharma
LAWYERING PROJECT
197 Pine St. Apt. 23
Portland, ME 04102
(908) 930-6645
rsharma@lawyeringproject.org

Juanluis Rodriguez*
prodriguez@lawyeringproject.org
Sneha Shah*
sshah@lawyeringproject.org
Stephanie Toti
stoti@lawyeringproject.org
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
(646) 490-1083

Melissa Shube*
mshube@lawyeringproject.org
LAWYERING PROJECT
712 H St. NE, Suite 1616
Washington, D.C. 20002
(646) 480-8942

*Admitted *pro hac vice*

Kathrine D. Jack
kjack@jacklawoffice.com
JACK LAW OFFICE LLC
One Courthouse Plaza
P.O. Box 813
Greenfield, IN 46140
(317) 477-2300

Lara Flath*
lara.flath@probonolaw.com
Mollie M. Kornreich*
mollie.kornreich@probonolaw.com
Michael M. Powell*
michael.powell@probonolaw.com
Athanasia Charmani*
thania.charmani@probonolaw.com
One Manhattan West
New York, New York 10001
(212) 735-3000

Amy Van Gelder
amy.vangelder@probonolaw.com
155 N. Wacker Dr., Ste. 2700
Chicago, IL 60606
(312) 827-9379

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 16, 2021, a true and correct copy of the foregoing document was served on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: February 16, 2021

*/s/ Dipti Singh*
Dipti Singh