UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:18-cv-01904-SEB-MJD |
| TODD ROKITA Attorney General of the State of Indiana, in his official capacity, et al. | ) ) ) ) |
| Defendants. | ) |

**The Honorable Sarah Evans Barker, Judge**
**Entry for May 3, 2021**

The Court on its own motion, hereby VACATES the bench trial currently set for June 21, 2021 at 9:30 a.m. and RESETS the bench trial on June 23, 2021 at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana. The final pretrial conference remains set on Tuesday, June 8, 2021 at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

Amanda Lauren Allen
LAWYERING PROJECT
aallen@lawyeringproject.org

Christopher Michael Anderson
INDIANA ATTORNEY GENERAL
christopher.anderson@atg.in.gov

H. Christopher Bartolomucci
SCHAERR &#124; JAFFE LLP
cbartolomucci@schaerr-jaffe.com

David Patrick Brown
LAWYERING PROJECT
dbrown@lawyeringproject.org

Athanasia Charmani
thania.charmani@probonolaw.com

Paul M. Eckles
ATTORNEY AT LAW
paul.eckles@probonolaw.com

Benjamin C. Ellis
INDIANA ATTORNEY GENERAL
Benjamin.Ellis@atg.in.gov

Thomas M. Fisher
INDIANA ATTORNEY GENERAL
tom.fisher@atg.in.gov

Lara Flath
lara.flath@skadden.com

Thomas Joseph Flynn
INDIANA ATTORNEY GENERAL
tom.flynn@atg.in.gov

James A. Heilpern
SCHAERR JAFFE LLP
jheilpern@schaerr-jaffe.com

Bradley H. Honigman
ATTORNEY AT LAW
bradley.honigman@probonolaw.com

Michelle Honor
ATTORNEY AT LAW
michelle.honor@skadden.com

Kian J. Hudson
INDIANA ATTORNEY GENERAL
kian.hudson@atg.in.gov

Kathrine D. Jack
LAW OFFICE OF KATHRINE JACK
kjack@jacklawoffice.com

Erik S. Jaffe
SCHAERR JAFFE LLP
ejaffe@schaerr-jaffe.com

Mollie M. Kornreich
mollie.kornreich@probonolaw.com

Jennifer Elizabeth Lemmon
INDIANA ATTORNEY GENERAL
jennifer.lemmon@atg.in.gov

Richard G. McDermott
OFFICE OF CORPORATION COUNSEL
rmcdermo@indygov.org

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Derek R. Molter
ICE MILLER LLP (Indianapolis)
derek.molter@icemiller.com

Julia Catherine Payne
INDIANA OFFICE OF THE ATTORNEY GENERAL
Julia.Payne@atg.in.gov

Morgan Petkovich
ATTORNEY AT LAW
One Manhattan West
New York, NY 10001-8602

Michael Leo Pomeranz
ATTORNEY AT LAW
michael.pomeranz@probonolaw.com

Michael M. Powell
ATTORNEY AT LAW

michael.powell@probonolaw.com

Joshua J. Prince
SCHAERR JAFFE LLP
jprince@schaerr-jaffe.com

Andrea Elizabeth Rahman
OFFICE OF THE INDIANA ATTORNEY GENERAL
andrea.rahman@atg.in.gov

Juanluis Rodriguez
LAWYERING PROJECT
prodriguez@lawyeringproject.org

Robert Austin Rowlett
INDIANA ATTORNEY GENERAL
Robert.Rowlett@atg.in.gov

Gene C. Schaerr
SCHAERR JAFFE LLP
gschaerr@schaerr-jaffe.com

Stephen S. Schwartz
SCHAERR JAFFE LLP
sschwartz@schaerr-jaffe.com

Sneha Shah
LAWYERING PROJECT
sshah@lawyeringproject.org

Rupali Sharma
LAWYERING PROJECT
rsharma@lawyeringproject.org

Melissa C. Shube
LAWYERING PROJECT
mshube@lawyeringproject.org

Erin A. Simmons
ATTORNEY AT LAW
erin.simmons@probonolaw.com

Dipti Singh
LAWYERING PROJECT
dsingh@lawyeringproject.org

Mollie Ann Slinker
INDIANA ATTORNEY GENERAL
mollie.slinker@atg.in.gov

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Stephanie Toti
LAWYERING PROJECT
stoti@lawyeringproject.org

Amy Van Gelder
LAW FIRM
amy.vangelder@probonolaw.com