UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, ALL-OPTIONS, INC., JEFFREY GLAZER M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA Attorney General of the State of Indiana, in his official capacity, KRISTINA BOX Commissioner of the Indiana State Department of Health, in her official capacity, JOHN STROBEL M.D., President of the Indiana Medical Licensing Board of Indiana, in his official capacity, KENNETH P. COTTER St. Joseph County Prosecutor, in his official capacity and as representative of a class of all Indiana prosecuting attorneys with authority to prosecute felony and misdemeanor offenses, <br><br> Defendants. | No. 1:18-cv-01904-SEB-MJD |

**The Honorable Sarah Evans Barker, Judge**
**Entry for June 8, 2021**

On this date, Plaintiffs appeared by counsel, Dipti Singh, Melissa Shube, Mollie Kornreich, and Rupali Sharma; Defendants appeared by counsel Thomas M. Fisher, Christopher Anderson, Gene C. Schaerr, Robert Rowlett, and Julia Payne for a final pretrial conference. Court Reporter, Jean Knepley, reported the proceedings.

- The Court discussed various trial procedures, including the trial schedule, witnesses, exhibits and possible stipulations.

- The Court granted parties' Motion for Separation of Witnesses at Trial [Dkt. 393].

- The Court denied Defendants' Motion for Leave to File Supplemental Trial Brief [Dkt. 395] and Plaintiffs' Motion for Leave to File a Pretrial Reply Brief [Dkt. 406].

- The court ruled on pending motions in limine as stated on the record [Dkts. 390 and 397].

- There being no further issues raised by the Court or by parties, the conference was adjourned.

Distribution:

Amanda Lauren Allen
LAWYERING PROJECT
aallen@lawyeringproject.org

Christopher Michael Anderson
INDIANA ATTORNEY GENERAL
christopher.anderson@atg.in.gov

H. Christopher Bartolomucci
SCHAERR &#124; JAFFE LLP
cbartolomucci@schaerr-jaffe.com

David Patrick Brown
LAWYERING PROJECT
dbrown@lawyeringproject.org

Athanasia Charmani
thania.charmani@probonolaw.com

Paul M. Eckles
paul.eckles@probonolaw.com

Benjamin C. Ellis
INDIANA ATTORNEY GENERAL
Benjamin.Ellis@atg.in.gov

Thomas M. Fisher
INDIANA ATTORNEY GENERAL
tom.fisher@atg.in.gov

Lara Flath
lara.flath@skadden.com

Thomas Joseph Flynn
INDIANA ATTORNEY GENERAL
tom.flynn@atg.in.gov

Scott David Goodwin
SCHAERR JAFFE LLP
sgoodwin@schaerr-jaffe.com

James A. Heilpern
SCHAERR JAFFE LLP
jheilpern@schaerr-jaffe.com

Bradley H. Honigman
ATTORNEY AT LAW
bradley.honigman@probonolaw.com

Michelle Honor
ATTORNEY AT LAW
michelle.honor@skadden.com

Kian J. Hudson
INDIANA ATTORNEY GENERAL
kian.hudson@atg.in.gov

Kathrine D. Jack
LAW OFFICE OF KATHRINE JACK
kjack@jacklawoffice.com

Erik S. Jaffe
SCHAERR JAFFE LLP
ejaffe@schaerr-jaffe.com

Mollie M. Kornreich
mollie.kornreich@probonolaw.com

Jennifer Elizabeth Lemmon
INDIANA ATTORNEY GENERAL
jennifer.lemmon@atg.in.gov

Richard G. McDermott
OFFICE OF CORPORATION COUNSEL
rmcdermo@indygov.org

Diana Lynn Moers
INDIANA ATTORNEY GENERAL

diana.moers@atg.in.gov

Derek R. Molter
ICE MILLER LLP (Indianapolis)
derek.molter@icemiller.com

Julia Catherine Payne
INDIANA OFFICE OF THE ATTORNEY GENERAL
Julia.Payne@atg.in.gov

Morgan Petkovich
ATTORNEY AT LAW
One Manhattan West
New York, NY 10001-8602

Michael Leo Pomeranz
ATTORNEY AT LAW
michael.pomeranz@probonolaw.com

Michael M. Powell
ATTORNEY AT LAW
michael.powell@probonolaw.com

Joshua J. Prince
SCHAERR JAFFE LLP
jprince@schaerr-jaffe.com

Andrea Elizabeth Rahman
OFFICE OF THE INDIANA ATTORNEY GENERAL
andrea.rahman@atg.in.gov

Juanluis Rodriguez
LAWYERING PROJECT
prodriguez@lawyeringproject.org

Robert Austin Rowlett
INDIANA ATTORNEY GENERAL
Robert.Rowlett@atg.in.gov

Gene C. Schaerr
SCHAERR JAFFE LLP
gschaerr@schaerr-jaffe.com

Stephen S. Schwartz
SCHAERR JAFFE LLP
sschwartz@schaerr-jaffe.com

Sneha Shah
LAWYERING PROJECT
sshah@lawyeringproject.org

Rupali Sharma
LAWYERING PROJECT
rsharma@lawyeringproject.org

Melissa C. Shube
LAWYERING PROJECT
mshube@lawyeringproject.org

Erin A. Simmons
ATTORNEY AT LAW
erin.simmons@probonolaw.com

Dipti Singh
LAWYERING PROJECT
dsingh@lawyeringproject.org

Mollie Ann Slinker
INDIANA ATTORNEY GENERAL
mollie.slinker@atg.in.gov

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Stephanie Toti
LAWYERING PROJECT
stoti@lawyeringproject.org

Amy Van Gelder
LAW FIRM
amy.vangelder@probonolaw.com