**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; ALL-OPTIONS, INC.; and JEFFREY GLAZER, M.D., </br></br>Plaintiffs, </br></br>v. </br></br>TODD ROKITA, Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity. </br></br>Defendants. | CASE NO. 1:18-cv-1904-SEB-MJD </br></br>CIVIL ACTION |

**JOINT POSITION STATEMENT**

Following remand of this case from the Seventh Circuit, the parties respectfully submit this joint position statement in accordance with Local Rule 16-2. For the reasons set forth below, the parties request that the Court postpone further consideration of this case until the conclusion of the special session of the Indiana General Assembly that is currently in progress. The parties further request that the Court grant them thirty days from the adjournment of the special session to confer about what issues remain in the case and, if necessary, submit a proposed briefing schedule to the Court concerning those issues.

**BACKGROUND**

This case concerns the constitutionality of certain Indiana laws regulating abortion. After a trial, this Court concluded that the following laws are unconstitutional and permanently enjoined their enforcement:

1

- the "Physician-Only Law," Ind. Code § 16-34-2-1(a)(1)(A), as applied to medication abortions;

- the "Second-Trimester Hospitalization Requirement," Ind. Code § 16-34-2-1(a)(2)(B);

- the "In-Person Counseling Requirement," Ind. Code § 16-34-2-1.1(a)(1), (a)(4), (b);

- the "Telemedicine Ban," Ind. Code § 25-1-9.5-8(a)(4);

- the "In-Person Examination Requirement," Ind. Code § 16-34-2-1(a)(1);

- "Facility Regulations" concerning the size of procedure rooms and hallways, and the type and location of sinks, 410 Ind. Admin. Code 26-17-2(d)(1), (d)(4), (e)(5); 410 Ind. Admin. Code 26.5-17-2(e)(1); and

- "Mandatory Disclosure Requirements" concerning when life begins, fetal pain, and mental health, Ind. Code § 16-34-2-1.1(a)(1)(E), (a)(1)(G), (b)(2).

*Whole Woman's Health All. v. Rokita*, 553 F. Supp. 3d 500, 587 (S.D. Ind. 2021). In particular, the Court held that the Mandatory Disclosure Requirements concerning when life begins, fetal pain, and mental health, Ind. Code § 16-34-2-1.1(a)(1)(E), (a)(1)(G), (b)(2), violate the First Amendment's Free Speech Clause and the Fourteenth Amendment's Due Process Clause. *Whole Woman's Health All.*, 553 F. Supp. 3d at 578-84, 587. It held that the remaining laws violate the Fourteenth Amendment's Due Process and Equal Protection Clauses by imposing an undue burden on the fundamental right to abortion. *Id.* at 557-78, 587. On August 19, 2021, the Court entered a partial final judgment *nunc pro tunc* to August 10, 2021. Am. Partial Final J. Pursuant to Fed. R. Civ. Pro. 58 & 54(b), Nunc Pro Tunc to Aug. 10, 2021 (Doc. 436).[1]

---

[1] Following entry of this judgment, one issue remained in this case: Plaintiffs' request for permanent injunctive relief from enforcement of the "Licensure Requirement," Ind. Code §§ 16-18-2-1.5, 16-21-2-2(4), 16-21-2-2.5, 16-21-2-10, 16-21-2-11, 16-21-2-14, against Whole Woman's Health Alliance. The parties have been working to resolve this issue by agreement. *See* Joint Stipulation (Doc. No. 466); Joint Notice, Stipulation, & Mot. to Vacate Prelim. Inj. (Doc. 461); Joint Mot. for Continuance of Status Conference (Doc. 448).

Defendants appealed the judgment against these laws. Am. Notice of Appeal to the Seventh Cir. (Doc. 439). While the appeal was pending, the Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228, 2241-42 (2022), held that the Constitution does not protect abortion as a fundamental right. On July 11, 2022, the Seventh Circuit vacated this Court's appealed judgment and remanded the case to this Court for further proceedings consistent with *Dobbs*; the Seventh Circuit's mandate issued on July 13, 2022. Notice of Issuance of Mandate (Doc. 468).

## STATEMENT OF POSITION

In the interests of judicial economy, the parties request that the Court postpone further consideration of this case until the conclusion of the special session of the Indiana General Assembly that is currently in progress. Any new legislation on abortion enacted by the General Assembly, depending on its final form, may moot some or all of the issues in this case. The parties further request that the Court grant them thirty days from the adjournment of the special session to confer about what issues remain in the case and, if necessary, submit a proposed briefing schedule to the Court concerning those issues.

In addition, the parties hereby stipulate and agree that Plaintiffs will not seek attorney's fees based on any orders or judgments entered in this case to date.

Dated: August 4, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Stephanie Toti* <br> Stephanie Toti <br> stoti@lawyeringproject.org <br> Juanluis Rodriguez* <br> prodriguez@lawyeringproject.org <br> Sneha Shah* <br> sshah@lawyeringproject.org <br> LAWYERING PROJECT <br> 41 Schermerhorn St., No. 1056 <br> Brooklyn, NY 11201 <br> (646) 490-1083 <br><br> Rupali Sharma <br> rsharma@lawyeringproject.org <br> LAWYERING PROJECT <br> 113 Bonnybriar Rd. <br> South Portland, ME 04106 <br> (908) 930-6645 <br><br> Melissa Shube* <br> mshube@lawyeringproject.org <br> LAWYERING PROJECT <br> 712 H St. NE, Suite 1616 <br> Washington, D.C. 20002 <br> (646) 480-8942 <br><br> Kathrine D. Jack <br> kjack@jacklawoffice.com <br> JACK LAW OFFICE LLC <br> One Courthouse Plaza <br> P.O. Box 813 <br> Greenfield, IN 46140 <br> (317) 477-2300 <br><br> Amy Van Gelder* <br> amy.vangelder@probonolaw.com <br> 155 N. Wacker Dr., Ste. 2700 <br> Chicago, IL 60606 <br> (312) 407-0903 <br><br> Lara A. Flath* <br> lara.flath@probonolaw.com <br> Michael M. Powell* | */s/ Thomas M. Fisher* <br> Thomas M. Fisher <br> Solicitor General <br> Julia C. Payne <br> Deputy Attorney General <br> Office of the Indiana Attorney General <br> IGC-South, Fifth Floor <br> 302 West Washington Street <br> Indianapolis, Indiana 46204-2770 <br> Tel.: (317) 232-6255 <br> Fax: (317) 232-7979 <br> Tom.Fisher@atg.in.gov <br><br> Gene C. Schaerr* <br> H. Christopher Bartolomucci* <br> James A. Heilpern* <br> Scott D. Goodwin* <br> Joshua J. Prince* <br> SCHAERR \| JAFFE LLP <br> 1717 K Street NW, Suite 900 <br> Washington, DC 20006 <br> Tel.: (202) 787-1060 <br> Fax: (202) 776-0136 <br> gschaerr@schaerr-jaffe.com <br> *Admitted Pro Hac Vice <br><br> *Attorneys for Defendants* |

4

michael.powell@probonolaw.com
One Manhattan West
New York, New York 10001
(212) 735-3000

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: August 4, 2022

*/s/ Stephanie Toti*
Stephanie Toti
