UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:18-cv-01904-SEB-MJD |
| TODD ROKITA, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

Upon remand of this action from the Seventh Circuit for further proceedings consistent with *Dobbs v. Jackson Women's Health Organization*, 142 S.Ct. 2228 (2022), the parties have jointly requested that the Court postpone further consideration of the case until the conclusion of the special session of the Indiana General Assembly that is currently in progress as any new legislation on abortion enacted by the General Assembly, depending on its final form, could moot some or all of the issues in this case. The parties further request the Court grant them thirty days from the adjournment of the special session to confer regarding what issues remain to be addressed and, if necessary, submit a proposed briefing schedule to the Court concerning those issues.

Having considered the parties' request, we find it well-taken and, in the interest of judicial economy, hereby STAY these proceedings until the conclusion of the special session of the Indiana General Assembly that is currently in progress.  The parties are

ordered to file within thirty (30) days of the conclusion of that special session a joint report on the status of this litigation.

    IT IS SO ORDERED.

Date:     8/5/2022

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF