# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; ALL-OPTIONS, INC.; and JEFFREY GLAZER, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity. <br><br> Defendants. | CASE NO. 1:18-cv-1904-SEB-MJD <br><br> CIVIL ACTION |

## JOINT STATUS REPORT

Pursuant to the Court's August 5, 2022, Order (Doc. 473), the parties respectfully submit this joint status report. As explained below, the parties are negotiating a settlement to resolve all remaining issues in the case and expect to conclude those negotiations shortly. The parties do not believe that any further proceedings will be necessary.

## BACKGROUND

1. This case concerns the constitutionality of certain Indiana laws regulating abortion. After a trial, this Court concluded that the following laws are unconstitutional and permanently enjoined their enforcement:

- the "Physician-Only Law," Ind. Code § 16-34-2-1(a)(1)(A), as applied to medication abortions;

- the "Second-Trimester Hospitalization Requirement," Ind. Code § 16-34-2-1(a)(2)(B);

1

- the "In-Person Counseling Requirement," Ind. Code § 16-34-2-1.1(a)(1), (a)(4), (b);

- the "Telemedicine Ban," Ind. Code § 25-1-9.5-8(a)(4);

- the "In-Person Examination Requirement," Ind. Code § 16-34-2-1(a)(1);

- "Facility Regulations" concerning the size of procedure rooms and hallways, and the type and location of sinks, 410 Ind. Admin. Code 26-17-2(d)(1), (d)(4), (e)(5); 410 Ind. Admin. Code 26.5-17-2(e)(1); and

- "Mandatory Disclosure Requirements" concerning when life begins, fetal pain, and mental health, Ind. Code § 16-34-2-1.1(a)(1)(E), (a)(1)(G), (b)(2).

*Whole Woman's Health All. v. Rokita*, 553 F. Supp. 3d 500, 587 (S.D. Ind. 2021). In particular, the Court held that the Mandatory Disclosure Requirements concerning when life begins, fetal pain, and mental health, Ind. Code § 16-34-2-1.1(a)(1)(E), (a)(1)(G), (b)(2), violate the First Amendment's Free Speech Clause and the Fourteenth Amendment's Due Process Clause. *Whole Woman's Health All.*, 553 F. Supp. 3d at 578-84, 587. It held that the remaining laws violate the Fourteenth Amendment's Due Process and Equal Protection Clauses by imposing an undue burden on the fundamental right to abortion. *Id.* at 557-78, 587. On August 19, 2021, the Court entered a partial final judgment *nunc pro tunc* to August 10, 2021. Am. Partial Final J. Pursuant to Fed. R. Civ. Pro. 58 & 54(b), Nunc Pro Tunc to Aug. 10, 2021 (Doc. 436).[1]

2.  Defendants appealed the judgment against these laws. Am. Notice of Appeal to the Seventh Cir. (Doc. 439). While the appeal was pending, the Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228, 2241-42 (2022), held that the Constitution does not protect abortion as a fundamental right. On July 11, 2022, the Seventh

---

[1] Following entry of this judgment, one issue remained in this case: Plaintiffs' request for permanent injunctive relief from enforcement of the "Licensure Requirement," Ind. Code §§ 16-18-2-1.5, 16-21-2-2(4), 16-21-2-2.5, 16-21-2-10, 16-21-2-11, 16-21-2-14, against Whole Woman's Health Alliance. The parties have been working to resolve this issue by agreement. *See* Joint Stipulation (Doc. No. 466); Joint Notice, Stipulation, & Mot. to Vacate Prelim. Inj. (Doc. 461); Joint Mot. for Continuance of Status Conference (Doc. 448).

Circuit vacated this Court's appealed judgment and remanded the case to this Court for further proceedings consistent with *Dobbs*; the Seventh Circuit's mandate issued on July 13, 2022. Notice of Issuance of Mandate (Doc. 468).

3. On August 5, 2022, in response to a request from the parties, the Court stayed the proceedings until the conclusion of the special session of the Indiana General Assembly then in progress and directed the parties to file a status report within thirty days after the conclusion of the special session. Order (Doc. 473). The special session adjourned later that day.

4. During the special session, the General Assembly enacted S.B. 1, and Governor Eric Holcomb signed it into law on August 5, 2022. Scheduled to take effect on September 15, 2022, S.B. 1 prohibits abortion throughout pregnancy except in limited circumstances specified in the statute.

5. The parties have conferred and believe that they can reach agreement on a settlement to resolve all remaining issues in this case. They are actively negotiating the terms of the settlement, and they expect to conclude those negotiations shortly and present a proposed settlement agreement to the Court.

Dated: September 6, 2022

Respectfully submitted,

*/s/ Stephanie Toti*
Stephanie Toti
stoti@lawyeringproject.org
Juanluis Rodriguez*
prodriguez@lawyeringproject.org
Sneha Shah*
sshah@lawyeringproject.org
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
(646) 490-1083

Rupali Sharma
rsharma@lawyeringproject.org
LAWYERING PROJECT
113 Bonnybriar Rd.
South Portland, ME 04106
(908) 930-6645

Melissa Shube*
mshube@lawyeringproject.org
LAWYERING PROJECT
712 H St. NE, Suite 1616
Washington, D.C. 20002
(646) 480-8942

Kathrine D. Jack
kjack@jacklawoffice.com
JACK LAW OFFICE LLC
One Courthouse Plaza
P.O. Box 813
Greenfield, IN 46140
(317) 477-2300

Amy Van Gelder*
amy.vangelder@probonolaw.com
155 N. Wacker Dr., Ste. 2700
Chicago, IL 60606
(312) 407-0903

Lara A. Flath*
lara.flath@probonolaw.com
Michael M. Powell*

*/s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General
Julia C. Payne
Deputy Attorney General
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Tel.: (317) 232-6255
Fax: (317) 232-7979
Tom.Fisher@atg.in.gov

Gene C. Schaerr*
H. Christopher Bartolomucci*
James A. Heilpern*
Scott D. Goodwin*
Joshua J. Prince*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
Fax: (202) 776-0136
gschaerr@schaerr-jaffe.com
*Admitted Pro Hac Vice

*Attorneys for Defendants*

4

michael.powell@probonolaw.com
One Manhattan West
New York, New York 10001
(212) 735-3000

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that, on September 6, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: September 6, 2022

                   */s/ Stephanie Toti*
                   Stephanie Toti