**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; ALL-OPTIONS, INC.; and JEFFREY GLAZER, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity. <br><br> Defendants. | CASE NO. 1:18-cv-1904-SEB-MJD <br><br> CIVIL ACTION |

**STIPULATION OF SETTLEMENT**

WHEREAS on June 21, 2018, Plaintiffs filed this case to challenge the constitutionality of certain Indiana statutes and regulations concerning abortion; and

WHEREAS on May 31, 2019, the Court entered a preliminary injunction barring enforcement of certain abortion clinic licensure requirements against Plaintiff Whole Woman's Health Alliance with respect to its South Bend Clinic; and

WHEREAS on August 22, 2019, the Seventh Circuit modified the preliminary injunction to enjoin the State either to treat the South Bend Clinic as if it had a provisional license to provide medication abortions or to grant the clinic a provisional license to provide medication abortions; and

WHEREAS on February 25, 2022, after the State granted the South Bend Clinic a full license to provide medication abortions, the Court vacated the preliminary injunction as moot; and

1

WHEREAS on August 19, 2021, the Court entered an amended partial final judgment nunc pro tunc to August 10, 2021; and

WHEREAS that judgment declared the following laws unconstitutional and permanently enjoined their enforcement:

- the "Physician-Only Law," Ind. Code § 16-34-2-1(a)(1)(A), as applied to medication abortions;

- the "Second-Trimester Hospitalization Requirement," Ind. Code § 16-34-2-1(a)(2)(B);

- the "In-Person Counseling Requirement," Ind. Code § 16-34-2-1.1(a)(1), (a)(4), (b);

- the "Telemedicine Ban," Ind. Code § 25-1-9.5-8(a)(4);

- the "In-Person Examination Requirement," Ind. Code § 16-34-2-1(a)(1);

- "Facility Regulations" concerning the size of procedure rooms and hallways, and the type and location of sinks, 410 Ind. Admin. Code 26-17-2(d)(1), (d)(4), (e)(5); 410 Ind. Admin. Code 26.5-17-2(e)(1);

- "Mandatory Disclosure Requirements" concerning when life begins and fetal pain, Ind. Code § 16-34-2-1.1(a)(1)(E), (a)(1)(G); and

- Indiana Code § 16-34-2-1.1(b)(2) to the extent it requires dissemination of a Perinatal Hospice Brochure containing the following language: "Studies show that mothers who choose to carry their baby to term recover to baseline mental health more quickly than those who aborted due to fetal anomaly"; and

WHEREAS Defendants filed a timely appeal of portions of the Court's judgment; and

WHEREAS while the appeal was pending, the Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228, 2241-42 (2022), held that the Constitution does not protect abortion as a fundamental right; and

WHEREAS on July 11, 2022, the Seventh Circuit vacated this Court's judgment, to the extent appealed, and remanded the case to this Court for further proceedings consistent with *Dobbs*; and

WHEREAS on October 13, 2022, the Indiana Department of Health published a new version of the Perinatal Hospice Brochure, which omits the above-quoted language,

THE PARTIES NOW JOINTLY STIPULATE AND AGREE TO THE FOLLOWING SETTLEMENT TERMS:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all that remains of this case shall be dismissed without prejudice;

2. Each side shall bear its own attorney's fees and costs, and Plaintiffs shall not seek an award of attorney's fees under 42 U.S.C. §1988 in connection with relief awarded at any stage of this case.

3. Future versions of the Perinatal Hospice Brochure shall not include the above-quoted language or any statements that are substantively identical.

Dated: October 20, 2022

Respectfully submitted,

*/s/ Stephanie Toti*
Stephanie Toti
stoti@lawyeringproject.org
Juanluis Rodriguez*
prodriguez@lawyeringproject.org
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
(646) 490-1083

Rupali Sharma
rsharma@lawyeringproject.org
LAWYERING PROJECT
113 Bonnybriar Rd.
South Portland, ME 04106
(908) 930-6645

Melissa Shube*
mshube@lawyeringproject.org
LAWYERING PROJECT
712 H St. NE, Suite 1616
Washington, D.C. 20002
(646) 480-8942

Kathrine D. Jack
kjack@jacklawoffice.com
JACK LAW OFFICE LLC
One Courthouse Plaza
P.O. Box 813
Greenfield, IN 46140
(317) 477-2300

Amy Van Gelder*
amy.vangelder@probonolaw.com
155 N. Wacker Dr., Ste. 2700
Chicago, IL 60606
(312) 407-0903

Lara A. Flath*
lara.flath@probonolaw.com
Michael M. Powell*
michael.powell@probonolaw.com
One Manhattan West

*/s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General
Julia C. Payne
Deputy Attorney General
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Tel.: (317) 232-6255
Fax: (317) 232-7979
Tom.Fisher@atg.in.gov

Gene C. Schaerr*
H. Christopher Bartolomucci*
James A. Heilpern*
Scott D. Goodwin*
Joshua J. Prince*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
Fax: (202) 776-0136
gschaerr@schaerr-jaffe.com
*Admitted Pro Hac Vice

*Attorneys for Defendants*

4

New York, New York 10001
(212) 735-3000

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 20, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's Electronic Court Filing ("ECF") system.

Dated: October 20, 2022

                                            */s/ Stephanie Toti*
                                            Stephanie Toti