> Acknowledged.
>
> This action is hereby dismissed without prejudice.
>
> Date: __10/21/2022__
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE; ALL-OPTIONS, INC.; and JEFFREY GLAZER, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, Attorney General of the State of Indiana, in his official capacity; KRISTINA BOX, M.D., Commissioner of the Indiana State Department of Health, in her official capacity; JOHN STROBEL, M.D., President of the Medical Licensing Board of Indiana, in his official capacity; and KENNETH P. COTTER, St. Joseph County Prosecutor, in his official capacity. <br><br> Defendants. | CASE NO. 1:18-cv-1904-SEB-MJD <br><br> CIVIL ACTION |

**STIPULATION OF SETTLEMENT**

WHEREAS on June 21, 2018, Plaintiffs filed this case to challenge the constitutionality of certain Indiana statutes and regulations concerning abortion; and

WHEREAS on May 31, 2019, the Court entered a preliminary injunction barring enforcement of certain abortion clinic licensure requirements against Plaintiff Whole Woman's Health Alliance with respect to its South Bend Clinic; and

WHEREAS on August 22, 2019, the Seventh Circuit modified the preliminary injunction to enjoin the State either to treat the South Bend Clinic as if it had a provisional license to provide medication abortions or to grant the clinic a provisional license to provide medication abortions; and

WHEREAS on February 25, 2022, after the State granted the South Bend Clinic a full license to provide medication abortions, the Court vacated the preliminary injunction as moot; and

1